RITA F. KALINOWSKI, an Infant, by JOHN KALINOWSKI,
Her Guardian ad Litem, Appellant, *v.* JOSEPH T. RYER-
SON & SON, INC., Respondent, Impleaded with Others.

JOHN KALINOWSKI, Appellant, *v.* JOSEPH T. RYERSON
& SON, INC., Respondent, Impleaded with Others.

(Submitted October 14, 1935; decided October 15, 1935.)

*Thomas R. Wheeler* for motions.

No one opposed.

Motions granted and appeals dismissed, with costs and ten dollars costs of motions, unless appellants serve briefs and pay ten dollars costs within ten days, in which event the motions are denied.